FILED

2019 AUG -1 PM 3:37

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:19-cr-180-ORL-41-DCI
18 U.S.C. § 1715

ASHLEY ANN MARTINEZ-FIGUEROA

### INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about June 26, 2017, in the Middle District of Florida, the defendant,

ASHLEY ANN MARTINEZ-FIGUEROA,

did knowingly deposit for mailing and delivery via the United States Postal Service, a firearm capable of being concealed on the person and declared nonmailable by 18 U.S.C. § 1715, that is:

1. a .380 caliber Smith & Wesson, Bodyguard firearm; and

2. a .45 caliber AMT Backup firearm.

All in violation of 18 U.S.C. § 1715.

## **FORFEITURE**

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 1715, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.  The property to be forfeited includes, but is not limited to, the following: two M4 upper receivers, two M4 lower receivers, four machine gun conversion kits, two laptop boxes to include packaging material, two 5.56 firearm ammunition magazines, a .380 caliber Smith & Wesson, Bodyguard firearm with one magazine, a .45 caliber AMT Backup firearm with one magazine, and three Glock 19, Gen 4, 9mm pistols.

4.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

MARIA CHAPA LOPEZ

United States Attorney
Middle District of Florida

By: _____
Sean P. Shecter
Assistant United States Attorney

By: _____
Sara C. Sweeney
Assistant United States Attorney
Chief, Orlando Division

3